GRIFFIN *et al. v.* DRIVER, executor.

No. 16080. FEBRUARY 10, 1948. REHEARING DENIED MARCH 19, 1948.

482

*H. B. Williams* and *R. L. Maynard,* for plaintiffs.

*A. H. Gray* and *Phillip Sheffield,* for defendant.

HEAD, Justice. "A judgment of a court of competent jurisdiction shall be conclusive between the same parties and their privies as to all matters put in issue, or which under the rules of law might have been put in issue in the cause wherein the judgment was rendered, until such judgment shall be reversed or set aside." Code, § 110-501.

In *Griffin* v. *Driver,* 202 *Ga.* 111, the plaintiffs in error urged their claim of title to the property in dispute. It is true that the claim of title urged in that case by the plaintiffs in error was in defense of an injunction suit brought by Driver to restrain the defendants from trespassing upon the lands, while here the claim of title is urged in an original action by the plaintiffs in error, wherein it is contended that the facts alleged show an implied or constructive trust for the benefit of the plaintiffs. While there is some variation in the nature of the actions, the allegations upon which the plaintiffs in error rely are essentially the same, and the present case is controlled by the former judgment. The plaintiffs in error are precluded from maintaining the present action by the former judgment as the law of the case. *Rivers* v. *Brown,* 200 *Ga.* 52 (36 S. E. 2d, 429), and authorities cited.

*Judgment affirmed. All the Justices concur, except Bell, J., absent on account of illness, and Wyatt, J., who took no part in the consideration or decision of this case.*